DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES HODGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2426

[March 12, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 062017CF011832A88810.

James Hodge, Indiantown, pro se.

James Uthmeier, Attorney General, Tallahassee, and Mary E. Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***